**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1846**

_____

KATHY REAVES,

Plaintiff - Appellant,

v.

PATRICK DEAN BLANCHARD, RCSO Indv. & Prof.; CHARLES MICHAEL DICKENS; JAMES A. SEGARS, SHP Troop 5, Indv. & Prof.; CHRISTOPHER N. WILLIAMSON, SCDPS. Indiv.; KENNETH PHELPS, SCDPS - Indv. & Prof.; SOUTH CAROLINA HIGHWAY PATROL; RICHARDSON PLOWDEN, Law Firm; PATRICK L. HUFF, Attorney for SHP, Indv.; LISA THOMAS, Attorney for SHP, Indv.; LORI JENELLE, Paralegal For SHP, Indv.; DIRECTOR SOUTH CAROLINA DEPT OF PUBLIC SAFETY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge. (4:24-cv-03418-JD)

_____

Submitted: January 23, 2025                    Decided: January 27, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kathy Reaves, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathy Reaves appeals the district court's order accepting the recommendation of the magistrate judge, dismissing Reaves's complaint for failure to comply with a prefiling injunction, and denying as moot several of Reaves's motions, including to retransfer the case to the District Court for the Southern District of Georgia.  Preliminarily, we grant Reaves's motion for leave to file a supplemental brief out of time.  We have reviewed the record and Reaves's arguments on appeal, and we discern no reversible error.  The district court did not err by finding Reaves's complaint fell within the scope of the prefiling injunction that the court had previously imposed on Reaves, nor by dismissing the complaint when Reaves did not comply with the requirements of that injunction.  And the district court did not abuse its discretion by declining to transfer the complaint back to the Southern District of Georgia.  *See Saudi v. Northrop Grumman Corp.*, 427 F.3d 271, 277 (4th Cir. 2005) (noting district courts have "broad discretion in denying a request for a transfer"); 28 U.S.C. § 1391(b) (listing locations in which venue is appropriate).  Accordingly, we affirm the district court's order.  *Reaves v. Blanchard*, No. 4:24-cv-03418-JD (D.S.C. Aug. 22, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2